NUMBER 13-05-145-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

_________________________________________________________

 

ANA
MARIA CAPISTRAN,                                          Appellant,

 

                                           v.

 

ALBERTO
M. AGUILAR,                                              Appellee.

_________________________________________________________

 

                  On appeal from the 103rd
District Court 

                          of Cameron
County, Texas.

_________________________________________________________

 

                     MEMORANDUM OPINION

 

                  Before Justices
Hinojosa, Yañez, and Garza

                             Memorandum Opinion
Per Curiam

 








Appellant, ANA
MARIA CAPISTRAN, perfected an appeal from a judgment entered by the 103rd District Court of Cameron County, Texas, in
cause number 2003-07-3494. 
 After the record and appellant=s brief were filed,
the parties filed a joint motion to enter judgment on settlement.  In the motion, the parties state that all
matters of fact and things in controversy have been fully and finally
compromised and settled.  The parties
request that this Court enter judgment setting aside the judgment rendered in
the trial court, order the appellee=s cause of action be
dismissed with prejudice to the right of appellee to refile same, and assess
all costs against the party incurring them.

The Court, having
examined and fully considered the documents on file and  the parties= joint motion, is of the opinion that the motion
should be granted.  The joint motion is
granted, and the judgment of the trial court is hereby REVERSED and judgment is
RENDERED that appellee=s cause of action be
dismissed with prejudice.  Costs of the
appeal are adjudged against the party incurring same.

 

PER CURIAM

Memorandum Opinion delivered and filed this

the 25th day of August, 2005.